**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chanthoeurn Chhoun,<br><br>        Petitioner,<br>vs.<br><br>Katrina Kane,<br><br>        Respondent. | No. CV-07-2023-PHX-PGR (ECV)<br><br>ORDER |

On October 18, 2007, the petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2441 wherein he seeks his release from detention by the Department of Homeland Security pending his removal from the United States. On December 17, 2007, the respondent filed a Notice of Release and Suggestion of Mootness (doc. #7) showing that the petitioner had been released from custody on December 3, 2007, pursuant to an Order of Supervision. On February 14, 2008, Magistrate Judge Voss entered a Report and Recommendation wherein he recommends that the habeas petition be dismissed without prejudice as moot since the petitioner is no longer being detained. Having reviewed the Report and Recommendation *de novo* notwithstanding that no one has filed any objection to it,

       IT IS ORDERED that the Magistrate Judge's Report and Recommendation

(doc. #8) is accepted and adopted by the Court.

IT IS FURTHER ORDERED that petitioner Chanthoeurn Chhoun's Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus by a Person in Federal Custody is denied and that this action is dismissed without prejudice as moot. The Clerk of the Court shall enter judgment accordingly.

DATED this 24th day of March, 2008.

Paul G. Rosenblatt
United States District Judge